AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| THE MOST WORSHIPFUL NATIONAL GRAND LODGE, FREE & ACCEPTED ANCIENT YORKRITE MASONS, PRINCE HALL ORIGIN, NATIONAL COMPACT, U.S.A.<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED GRAND LODGE ga AF & AYM, Inc.<br>and<br>CRAIG MITCHELL,<br>Individually,<br><br>*Defendant(s)* | Civil Action No. 1:17-cv-2582 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED GRAND LODGE, GA AF & AYM, Inc.
c/o Donald Allen, Reg Agent
109 Church Street
Stockbridge, GA 30281

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J.T. Hollin, Jr, Attorney at Law, P.C.
Suite 118
110 Habersham Drive
Fayetteville, Georgia 30214

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 07/10/2017

s/Joyce White
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| THE MOST WORSHIPFUL NATIONAL GRAND LODGE, FREE & ACCEPTED ANCIENT YORKRITE MASONS, PRINCE HALL ORIGIN, NATIONAL COMPACT, U.S.A. <br> *Plaintiff(s)* <br> v. <br> UNITED GRAND LODGE ga AF & AYM, Inc. <br> and <br> CRAIG MITCHELL, <br> Individually, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. _____ |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Craig Mitchell
144 Cheryl Court
Rex, Georgia 30281

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J.T. Hollin, Jr, Attorney at Law, P.C.
Suite 118
110 Habersham Drive
Fayetteville, Georgia 30214

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                          *Signature of Clerk or Deputy Clerk*